United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-16284-jkf
Cynthia Jean Vaughan                                                    Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW            Page 1 of 2              Date Rcvd: Jun 15, 2017
                              Form ID: pdf900           Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 17, 2017.
```
db             +Cynthia Jean Vaughan,    201 Madison Court,    Quakertown, PA 18951-1420
13788026       +Capital One,   Po Box 30285,    Salt Lake City, UT 84130-0285
13788027       +Capital One Na,    Attn: Bankruptcy Dept,    Po Box 30258,    Salt Lake City, UT 84130-0258
13848961        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13788028       +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                 Saint Louis, MO 63179-0040
13788029       +Comenity Bank/Express,    Po Box 182125,    Columbus, OH 43218-2125
13788030       +Comenity Bank/Fashion Bug,    Po Box 182125,    Columbus, OH 43218-2125
13788031       +Comenity Bank/Pier 1,    Po Box 182125,    Columbus, OH 43218-2125
13788033      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                (address filed with court:  Ford Credit,    National Bankruptcy Service Center,    Po Box 62180,
                 Colorado Springs, CO 80962)
13788034       +KML Law Group,    701 Market Street,    Philadelphia, PA 19106-1538
13853649       +Midland Credit Management, Inc. as agent for,    Asset Acceptance LLC,    Po Box 2036,
                 Warren MI 48090-2036
13814899      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:  Nationstar Mortgage LLC,    ATTN: Bankruptcy Department,
                 P.O. Box 619096,   Dallas, TX 75261-9741)
13788036       +Nationstar Mortgage, LLC,    8950 Cypress Waters Boulevard,    Coppell, TX 75019-4620
13788038       +Target,   C/O Financial & Retail Services,    Mailstop BT PO Box 9475,
                 Minneapolis, MN 55440-9475
13856383       +The Law Offices of Anthony A. Frigo,    175 Strafford Ave., Suite One,    Wayne, PA 19087-3317
13923514       +The Law Offices of AnthonyA. Frigo,    175 Strafford Ave., Suite one,    Wayne, PA 19087-3317
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Jun 16 2017 01:14:32     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 16 2017 01:14:02
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 16 2017 01:14:23     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2017 01:09:23     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13788024       +E-mail/Text: ally@ebn.phinsolutions.com Jun 16 2017 01:13:45     Ally Financial,
                 Po Box 380901,    Bloomington, MN 55438-0901
13809754        E-mail/Text: ally@ebn.phinsolutions.com Jun 16 2017 01:13:45     Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
13788025       +E-mail/Text: banko@berkscredit.com Jun 16 2017 01:13:51     Berks Credit & Collections,
                 Po Box 329,    Temple, PA 19560-0329
13809167        E-mail/Text: mrdiscen@discover.com Jun 16 2017 01:13:45     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
13788032       +E-mail/Text: mrdiscen@discover.com Jun 16 2017 01:13:45     Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
13788035       +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 16 2017 01:13:47     Kohls/Capital One,
                 Po Box 3120,    Milwaukee, WI 53201-3120
13832218        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 16 2017 01:09:27
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13832782        E-mail/Text: bnc-quantum@quantum3group.com Jun 16 2017 01:13:53
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
13790553        E-mail/PDF: rmscedi@recoverycorp.com Jun 16 2017 01:09:17
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13788037       +E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2017 01:09:15     Syncb/pearle Vision,
                 Synchrony Bank,    Po Box 965064,    Orlando, FL 32896-5064
13857091       +E-mail/Text: bncmail@w-legal.com Jun 16 2017 01:14:16     TD BANK USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 15

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2                   Date Rcvd: Jun 15, 2017
                              Form ID: pdf900             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2017                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 15, 2017 at the address(es) listed below:
          ANTHONY A. FRIGO    on behalf of Debtor Cynthia Jean Vaughan anthonyfrigo@msn.com
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          DENISE ELIZABETH CARLON    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 7
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | | |
|---|---|---|---|---|
| IN RE: | Cynthia Jean Vaughn | : | Chapter 13 | |
| | | : | No. | 16-16284 |
| | | : | | |

## ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

**Date:**_____

_____
**JEAN K. FITZSIMON**
**U.S. BANKRUPTCY JUDGE**

**Date: June 15, 2017**