**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Cynthia Jean Vaughan          :          Chapter 13
         :          No.      16-16284

## ORDER

AND NOW, this _____ day of _____, 2017, upon consideration of the Debtor's Attorney's Application for Approval of Counsel Fees and Costs, and Certificate of No Objection, it is hereby

ORDERED that the fee of $4,500.00 charged to the Debtor and costs of $350.00 incurred on behalf of Debtor be approved and that $3,2500.00 be paid to counsel for Debtor from payments received by the Standing Chapter 13 Trustee from the Debtor.

*[signature: Jean K. FitzSimon]*

J.
United States Bankruptcy Judge

**Date: July 12, 2017**